# Third District Court of Appeal

## State of Florida

Opinion filed March 22, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-919
Lower Tribunal No. 19-19509

————————

**Allstate Mortgage Solutions Transfer, Inc., et al.,**
Appellants,

vs.

**Nationstar Mortgage, LLC,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Elliot L. Miller, for appellants.

Bitman O'Brien & Morat, PLLC, and Allison Morat (Lake Mary), for appellee.

Before LINDSEY, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Fla. Nat'l Bank v. Halphen, 641 So. 2d 495, 496 (Fla. 3d DCA 1994) ("[Service] which is regular on its face is presumed valid unless clear and convincing evidence is presented to the contrary. Furthermore, a defendant cannot impeach a summons by simply denying service, but must present 'clear and convincing evidence' to corroborate his denial of service.") (quoting Lazo v. Bill Swad Leasing Co., 548 So. 2d 1194, 1195 (Fla. 4th DCA 1989)); Morales L. Grp., P.A. v. Rodman, 305 So. 3d 759, 761 (Fla. 3d DCA 2020) ("Because [the appellant] did not submit any evidence challenging the facts contained in the return of service, the [appellant] did not meet its burden."); Telf Corp. v. Gomez, 671 So. 2d 818, 818–19 (Fla. 3d DCA 1996) (affirming "the order of the trial court denying appellants' respective motions to quash service of process" where "[appellant] sought to attack the service of process with uncorroborated affidavits" and concluding "appellants have not sustained their high burden of demonstrating the invalidity of their service").